# Exhibit 1

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| | | |
|---|---|---|
| NOTICE TYPE<br>Receipt | | NOTICE DATE<br>September 26, 2019 |
| CASE TYPE<br>I-485, Application to Register Permanent Residence or Adjust Status | | USCIS ALIEN NUMBER<br>A215713131 |
| RECEIPT NUMBER<br>MSC1991698962 | RECEIVED DATE<br>September 23, 2019 | PAGE<br>1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION<br>Cuban Adjustment Act | DATE OF BIRTH |

GLSBANY GONZALEZ REINA

14 C0004102

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $1,140.00 |
| Biometrics Fee: | $85.00 |
| Total Amount Received: | $1,225.00 |
| Total Balance Due: | $0.00 |

NO MAILING ADDRESS

[illegible] that this petition has been received by our office and is in process. Please verify your personal information listed above [illegible] notify the USCIS Contact Center if there are any changes. Please note that if a priority date is printed on this [illegible] does not reflect earlier retained priority dates.

No[illegible]

USCIS will schedule a biometrics appointment for you to have your biometrics electronically captured at a USCIS Application Support Center (ASC). You will be receiving a biometrics appointment notice by mail with the specific date, time and place where you will have your fingerprints and/or photographs taken.
You must wait to receive your biometrics appointment notice before going to the ASC for biometrics processing.
This notice does not serve as your biometrics appointment notice.

USCIS Contact Center Number

[illegible]