# Exhibit 2

# Case Was Updated To Show Fingerprints Were Taken

As of October 18, 2019, fingerprints relating to your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number MSC1991698962, have been applied to your case. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number