# Exhibit 3

# Processing time for Application to Register Permanent Residence or Adjust Status (I-485) at Tampa FL

80% of cases are completed within

**14**

Months

Check your case status to track the status of an immigration application, petition, or request.

## What does this processing time mean?

We generally process cases in the order we receive them. This processing time is based on how long it took us to complete 80% of adjudicated cases over the past six months. Each case is unique, and some cases may take longer than others. Processing times should be used as a reference point, not an absolute measure of how long your case will take to be completed.

Learn more about processing times.

## When can I ask about my case?

Many routine factors affect how quickly a case may be processed. To facilitate resolution of these factors, we only allow questions for certain cases.

Learn more about the Case Inquiry Date.

# More Information About Case Processing Times

We display case processing times for select forms and locations to let you know how long it generally takes to process benefit requests and when you can contact us with questions about your case. We update case processing times on the website monthly with the latest available data.

This webpage provides information on how to:

- Find information needed to use the processing times webpage;
- Read and interpret the processing times on the webpage; and
- Understand how to use the case inquiry tool.

## Finding Your Case Information

You will need some specific information about your case to use the processing times webpage and case inquiry tools. Below is an example of where you can find specific information on USCIS correspondence. This information is also found on USCIS receipt notices, and some information may be found on a copy of your application, petition, or request. We also provide guidance for determining your form type (sometimes referred to as case type) and relevant form category.

1. Form Type or Case Type
2. Receipt Number
3. Received Date
4. USCIS Office


Department of Homeland Security
U.S. Citizenship and Immigration Services
Form I-797C, Notice of Action

THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

Receipt
I-130 Petition for Alien Relative
WAC1791234567
May 08, 2017
May 08, 2017
201 A1 INA ADULT CHILD OF USC
June 1, 2017
1 of 1
March 21, 1965

USCIS Office Address:
USCIS
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111

USCIS Customer Service Number:
(800) 375-5283
APPLICANT COPY

USCIS processing times for certain form types may no longer reference a specific service center location (for example, Vermont Service Center). We are in the process of adjusting all processing times for service center-related forms to now list "Service Center Operations (SCOPS)." Service Center Operations has expanded its capability to process casework at multiple locations, at various points in time, based on business needs and staffing requirements. Therefore, listing a specific location is no longer an accurate representation of where a case is processed. We are adjusting our case processing time metrics to provide the most accurate and up-to-date information by form type.

While certain form processing times are now listed under Service Center Operations, you may continue to receive correspondence from USCIS listing a specific service center location.

If the "USCIS Office" is the National Benefits Center (NBC) and you have filed an employment-based or family-based Form I-485, a Form N-400, or a Form N-600, you should check processing times for your local field office. You can use our Field Office Locator if you need help determining your local office (scroll to the bottom of the page). If your case is transferred to another office, you should refer to the processing times for the new office.

## What Does the Processing Time Mean and How Is It Calculated?

The processing time displayed on the USCIS website is the amount of time it took us to complete 80% of adjudicated cases over the last six months. Processing time is defined as the number of days (or months) that have elapsed between the date USCIS received an application, petition, or request and the date USCIS completed the application, petition, or request (that is, approved or denied it) in a given six-month period.

For example, if we received a Form N-400 on Jan. 24, 2022, and completed adjudication of the application on March 5, 2022, then the processing time for that specific application is 41 days. This calculation is done for every Form N-400 we completed in March 2022 and the five months prior to March 2022 (a six-month period).

We then review the processing times for adjudicated cases to determine how long it took for 80% of those cases to be completed over the previous six months. So, if we completed 1,000 Form N-400 applications in the previous six months, and 80% (or 800) of them were completed within 60 days (or two months), then the processing times webpage will display two months as the processing time for Form N-400 in May 2022.

Processing times generally reflect how long we have taken to complete applications, petitions, or requests. Many factors may affect how long it takes USCIS to complete an application, petition or request, such as the number of applications, petitions, or requests we receive, workload and staffing allocations, the time a benefit requestor takes responding to a request for more information, as well as policy and operational changes, among other factors.

## When and How Can I Ask a Question About the Status of My Case?

Processing time information is provided as a reference point for how long we have taken to complete most cases. Many factors affect how quickly a case may be processed. To facilitate resolution of these factors, we allow questions only for certain cases.

You must go to the Case Processing Times webpage, where we provide a tool to help you determine whether you can request an update on your case. Using the tool, you will enter your receipt date into the text box. Your receipt date can be found on your receipt notice. You will be provided either an

estimated date for when you can ask about your case or a link to submit a question. Please check back periodically because processing times may change.

## How Is the Case Inquiry Date Calculated?

This is how we calculate the case inquiry date:

Case Inquiry Date = [time to complete 93% of adjudicated cases] – [today's date – received date]

Example:

If you checked our processing times webpage on Jan. 1, 2022, for a form you filed on Jan. 1, 2021, and the time to complete 93% of adjudicated cases was 13 months, your case inquiry date would be calculated as:

Case Inquiry Date = [13 months] – [Jan. 1, 2022 – Jan. 1, 2021]

= [13 months] – [12 months]

= one month

In this example, we estimate that you would be able to contact us in one month. The tool will provide the exact date for you. If the calculation for the case inquiry date produces a negative number, you will be able to submit a question about your case.

You can find additional information on our Frequently Asked Questions About Processing Times webpage.