# Exhibit 5

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| | | |
|---|---|---|
| NOTICE TYPE<br>Receipt | | NOTICE DATE<br>May 19, 2026 |
| CASE TYPE<br>I-601, Application for Waiver of Grounds of Inadmissibility | | USCIS ALIEN NUMBER<br>A215713131 |
| RECEIPT NUMBER<br>MSC2690267284 | RECEIVED DATE<br>May 15, 2026 | PAGE<br>1 of 1 |
| | | DATE OF BIRTH |

GUSBANY GONZALEZ REINA

NAME AND MAILING ADDRESS

**PAYMENT INFORMATION:**

| | |
|---|---|
| **Application/Petition Fee:** | $1,050.00 |
| **Total Amount Received:** | $1,050.00 |
| **Total Balance Due:** | $0.00 |

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at [illegible] to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**
USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**
(800)375-5283
ATTORNEY COPY