**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| **Gusbany Gonzalez Reina**<br>*Plaintiff*,<br><br>v.<br><br>**Todd Blanche**, Acting Attorney General of the United States; **Markwayne Mullin**, Secretary, Department of Homeland Security; **Joseph B. Edlow**, Director, Citizenship and Immigration Services; **Ruth Dorochoff**, District Director, Citizenship and Immigration Services, Tampa, Florida; **Leslie Meeker**, Director, Citizenship and Immigration Services, Tampa, Florida.<br><br>*Defendants*. | X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X | Case No. 8:26-cv-01902-WFJ-SPF |

_______________________________________________/

**NOTICE OF RELATED ACTIONS**

In accordance with Local Rule 1.07(c), I certify that the instant action:

__X_____ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

**Form I-485, Application to Register Permanent Residence or Adjust Status**

________IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Dated this 13th day of August, 2026

Respectfully submitted,

/s/ Rachel Krewson /s/
Rachel Krewson, Esquire
Attorney for Plaintiff
Lim Krewson
610 North Wymore Road, Suite 110
Maitland, Florida 32751
Phone: (407) 897-8870
Email: rachel@limkrewson.com
Florida Bar No. 118765

## CERTIFICATE OF SERVICE

I, Rachel Krewson, Esq., certify that on August 13, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to:

U.S. Attorney's Office
400 North Tampa Street
Suite 3200
Tampa, FL 33602

/s/ Rachel Krewson
Rachel Krewson, Esquire
*Attorney for Plaintiff*