**UNITED SATTES DISTRICT COURT**
**MIDDLE DISTRCIT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| **Gusbany Gonzalez Reina**<br>*Plaintiff*,<br><br>v.<br><br>**Todd Blanche**, Acting Attorney General of the United States; **Markwayne Mullin**, Secretary, Department of Homeland Security; **Joseph B. Edlow**, Director, Citizenship and Immigration Services; **Ruth Dorochoff**, District Director, Citizenship and Immigration Services, Tampa, Florida; **Leslie Meeker**, Director, Citizenship and Immigration Services, Tampa, Florida.<br><br>*Defendants*. | X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>/ | Case No. 8:26-cv-01902-WFJ-SPF |

**NOTICE OF VOLUNTARY DISMISSAL**

**COMES NOW**, Gusbany Gonzalez Reina ("Plaintiff"), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and through the undersigned counsel, and hereby dismisses the above captioned case, without prejudice, against the Defendants.

Plaintiff seeks to dismiss this action as United States Citizenship and Immigration Services ("USCIS") has adjudicated and approved his Form I-485, Application to Register Permanent Residence or Adjust Status. With this approval Plaintiff's claims are moot.

Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Therefore, dismissal pursuant to Rule 41(a)(1) is appropriate.

Dated this 19th day of September 2026

Respectfully submitted,

/s/ Rachel Krewson /s/

Rachel Krewson, Esquire
Attorney for Plaintiff
Lim Krewson
610 North Wymore Road, Suite 110
Maitland, Florida 32751
Phone: (407) 897-8870
Email: rachel@limkrewson.com
Florida Bar No. 118765

**CERTIFICATE OF SERVICE**

I, Rachel Krewson, Esq., certify that on September 19, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to:

U.S. Attorney's Office
400 North Tampa Street
Suite 3200
Tampa, FL 33602

/s/ Rachel Krewson /s/
Rachel Krewson, Esquire
Attorney for Plaintiff